UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RIGHTNAR,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART, INC., a corporation; and DOES 1 to 50, inclusive,<br><br>    Defendants. | No. 1:24-cv-00869-KES-BAM<br><br><br>ORDER OF DISMISSAL<br><br>Doc. 6 |

    Pursuant to the parties' stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1), Doc. 6, this action is dismissed with prejudice as to all claims, causes of action, and parties. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close the case.

    Pursuant to the parties' stipulation, the Court shall retain jurisdiction over this matter for 90 days from the date of this Order, given the ongoing negotiations between plaintiff's counsel and the California Department of Health Care Services regarding the Medi-Cal lien in this matter and the issuance of the settlement funding by defendant.

IT IS SO ORDERED.

    Dated:   November 20, 2024                                            
                                                               UNITED STATES DISTRICT JUDGE